**Order entered October 15, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01100-CV

## IN THE INTEREST OF J.Q., A CHILD

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-12-00702-W**

## ORDER

As the reporter's record was filed October 14, 2013, we **VACATE** our October 9, 2013 order submitting the appeal without the reporter's record. Appellant shall file her brief within twenty (20) days of the date of this order.

/Michael J. O'Neill/
MICHAEL J. O'NEILL
PRESIDING JUSTICE